IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| ERIE INSURANCE EXCHANGE, AN UNINCORPORATED ASSOCIATION, BY TROY STEPHENSON, CHRISTINA STEPHENSON, AND STEVEN BARNETT, TRUSTEES AD LITEM, AND ALTERNATIVELY, ERIE INSURANCE EXCHANGE, BY TROY STEPHENSON, CHRISTINA STEPHENSON, AND STEVEN BARNETT;<br><br>Plaintiff,<br><br>vs.<br><br>ERIE INDEMNITY COMPANY,<br><br>Defendant, | 2:22-CV-00166-CRE |

**ORDER**

AND NOW, this 28th day of September, 2022,

Upon consideration of Erie Exchange's motion to remand (ECF No. 19), it is HEREBY ORDERED that said motion is GRANTED and this case shall be remanded to the Court of Common Pleas of Allegheny County, Pennsylvania forthwith.

Should any party seek to file a motion to stay this Order, they shall file said motion by **October 5, 2022.**

BY THE COURT:

s/Cynthia Reed Eddy
Chief United States Magistrate Judge